JS-6

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
450 N. Brand Blvd., Suite 600
Glendale, California 91203-2349
Telephone: (818) 291-6444
Facsimile: (818) 291-6446

Attorneys for Plaintiff Nike, Inc.

Ms. Keisha Tarver
31300 Auto Center Drive, #123
Lake Elsinore, California 92531
universal_unique@sbcglobal.net
Telephone: (951) 442-9263

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc.,<br><br>  Plaintiff,<br><br>  v.<br><br>Keisha Tarver, and Does 1 – 10, inclusive,<br><br>  Defendants. | Case No. ED CV 06-1218 VAP (JCRx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment that has been executed on behalf of Plaintiff Nike, Inc., ("Plaintiff") on the one hand, and Defendant Keisha Tarver ("Defendant") on the other hand, and good cause appearing therefore, hereby:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff is entitled to, and shall recover from Defendant on Plaintiff's Complaint for Defendant's infringement, the sum of Twenty Five Thousand Dollars ($25,000.00).

2. Plaintiff is entitled to, and shall collectively recover from Defendant, interest accruing upon any unpaid portion of said $25,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3. Plaintiff is further entitled to, and shall collectively recover from the Defendant, its actual attorneys' fees and, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this 13th day of March, 20__.

DATED:

_____
Hon. Virginia A. Phillips
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A P.C.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

Keisha Tarver

By: _____
Keisha Tarver, *in pro se*